IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION DIVISION

| | |
|---|---|
| **Cedar Lane Technologies Inc.,** Plaintiff, v. **123RF LLC,** Defendant. | Case No. 1:19-cv-3808 Patent Case Jury Trial Demanded |

### PLAINTIFF CEDAR LANE'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Cedar Lane Technologies Inc. hereby dismisses this action **with prejudice**. Defendant has not yet answered the Complaint or moved for summary judgment.

Dated: February 12, 2020            Respectfully submitted,

*/s/ Isaac Rabicoff*
Isaac Rabicoff
**Rabicoff Law LLC**
73 W Monroe St
Chicago, IL 60603
(773) 669-4590
isaac@rabilaw.com

**Counsel for Plaintiff**
**Cedar Lane Technologies Inc.**

1

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on February 12, 2020, via the Court's CM/ECF system.

/s/ Isaac Rabicoff
Isaac Rabicoff

SO ORDERED this _____ day of _____, _____.

_____
UNITED STATES DISTRICT JUDGE