# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **Sockeye Licensing TX LLC,**  Plaintiff,  v.  **Netgear, Inc.,**  Defendant. | Case No. 1:19-cv-8188  Patent Case  Jury Trial Demanded |

## UNOPPOSED MOTION TO CONTINUE HEARING

1. Both parties wish to continue the hearing in this matter, currently set for **2/26/2020**.

2. The requested extension is not sought for any improper purpose and would not unduly prejudice any party to this suit.

3. This is the first request continue this hearing in this matter.

4. Motion for Extension of Time for defendant to answer the complaint is also pending before this Court. D.I. 5.

5. Granting this request will not alter the date of any event or any deadline already fixed by Court order, other than the hearing and joint report dates.

6. Sockeye therefore respectfully requests that the Court grant this request, continuing the hearing date to **3/26/2020** and the Joint Report to 1 week before that date.

Dated: February 13, 2020        Respectfully submitted,

  /s/ Isaac Rabicoff
  Isaac Rabicoff
  **Rabicoff Law LLC**
  73 W Monroe St

3

Chicago, IL 60603
(773) 669-4590
isaac@rabilaw.com

**Counsel for Plaintiff**
**Sockeye Licensing TX LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on February 13, 2020, via the Court's CM/ECF system.

/s/ Isaac Rabicoff
Isaac Rabicoff

Case: 1:19-cv-03808 Document #: 20 Filed: 02/13/20 Page 3 of 4 PageID #:241

5

SO ORDERED this _____ day of _____, _____.

_____
UNITED STATES DISTRICT JUDGE

6